FILED
08 NOV 24 AM 11: 50
RICHARD W. ...
CLERK, U.S. DISTRICT ...
NORTHERN DISTRICT ...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Rule Yardley - #89927

CV 08 80243 MISC

VRW

## ORDER TO SHOW CAUSE

It appearing that David rule Yardley has been suspended by the California Supreme Court due to noncompliance with Rule 9.22, for failure to contribute to Child and Family Support, effective August 16, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated: NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

David Rule Yardley
Attorney at Law
21243 Pacific Coast Highway
Malibu, CA 90265