FILED

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-08-80243 MISC VRW

David Rule Yardley,                              ORDER
    State Bar No 89927

_____/

    On November 24, 20008, the court issued an order to show cause (OSC) why David Rule Yardley should not be removed from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar, effective August 16, 2008, for failure to contribute to Child and Family Support. The OSC was mailed to Mr Yardley's address of record with the State Bar. No response to the OSC has been filed.

    The court now orders David Rule Yardley removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the matter of:

David Rule Yardley,

_____/

Case Number: C 08-80243 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Rule Yardley
21243 Pacific Coast Highway
Malibu,   CA 90265


Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*